DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6844
    FAX: (415) 436-7234
    Abraham.fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0619-VC |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| ROGER BERTILLO VELASQUEZ LAINEZ, aka ROLER VELASQUEZ, | |
| Defendant. | |

On November 14, 2019, defendant Roler Velasquez was charged by indictment with distribution of heroin, in violation of Title 21 United States Code Sections 841(a)(1) and (b)(1)(C).

This matter came before the Court on December 3, 2019, for a detention hearing. The defendant was present and represented by Attorney Karen McConville. Assistant United States Attorney Abraham Fine appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required. Accordingly, the defendant must be detained pending trial in this matter.

[PROPOSED] DETENTION ORDER    1    v. 11/01/2018
19-CR-0619-VC

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: Due to the defendant's lack of ties to the United States and to this District, his strong ties to Honduras, and the absence of a reliable surety to secure the defendant's appearance, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: December 4, 2019

HONORABLE THOMAS HIXSON
United States Magistrate Judge